No. 1022. TABAS *v.* HUDSON. Sup. Ct. Fla. Certiorari denied. *Tobias Simon* for petitioner.

No. 1036. BROOKS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1041. PENN ET AL. *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Robert Kasanof* and *Carl Rachlin* for petitioners. *Frank S. Hogan, H. Richard Uviller, Michael Juviler* and *Alan F. Liebowitz* for respondent.

No. 1043. GOLDMAN *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *Jacob Kossman* and *Calvin W. Breit* for petitioner.

No. 1044. JIGGS, INC., ET AL. *v.* SLUMBERTOGS, INC., ET AL. C. A. 2d Cir. Certiorari denied. *Maximilian Bader* and *I. Walton Bader* for petitioners. *Milton Mound* for respondents.

No. 1048. COTTAGE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *George S. Fitzgerald* and *Paul B. Mayrand* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1051. DORCHESTER GAS PRODUCING Co. *v.* FEDERAL POWER COMMISSION. C. A. 3d Cir. Certiorari denied. *Bernard A. Foster, Jr.,* and *Donald B. Robertson* for petitioner. *Solicitor General Marshall, Richard A. Solomon, Howard E. Wahrenbrock* and *Leo E. Forquer* for respondent.